UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

KENNETH EDWARD SMITH,

Defendant.

NO. CR13-5644BHS

ORDER GRANTING EXTENSION
OF TIME TO FILE RESPONSE TO
DEFENDANT'S MOTION TO
SUPPRESS EVIDENCE [DKT. 29]

After consideration of the United States' unopposed motion for an extension to file
its response to the defendant's motion to suppress evidence (Dkt. 29),

IT IS HEREBY ORDERED that the above government motion is GRANTED.
The government's response is now due on or before January 3, 2014.

DATED this 2nd day of January, 2014.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:
 s/ *Marci L. Ellsworth*
MARCI L. ELLSWORTH
Assistant United States Attorney

ORDER ON MOTION FOR EXTENSION/
*U.S. v. Kenneth Edward Smith*, CR13-5644BHS-1