UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR13-5644 BHS |
| Plaintiff, | |
| vs. | ORDER GRANTING MOTION TO SEAL DEFENDANT'S SENTENCING MEMORANDUM |
| KENNETH EDWARD SMITH, | |
| Defendant. | |

THIS MATTER having come before the undersigned on the motion of defendant, Kenneth Smith, by Assistant Federal Public Defender Miriam Schwartz, in that he be permitted to file Defendant's Sentencing Memorandum and its corresponding exhibits under seal, it is hereby

ORDERED that the defendant shall be permitted to file the Defendant's Sentencing Memorandum and its corresponding exhibits under seal.

DONE this 22nd day of May, 2014.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

*s/ Miriam Schwartz*
MIRIAM F. SCHWARTZ
Attorney for Defendant

ORDER GRANTING MOTION TO SEAL
DEFENDANT'S SENTENCING MEMORANDUM
*United States v. Smith*; CR13-5644 BHS - 1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710