The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH EDWARD SMITH,<br><br>Defendant. | NO. CR13-5644 BHS<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on motion of the United States for entry of a Final Order of Forfeiture with respect to the properties listed below.

On May 22, 2014, this Court entered a Preliminary Order of Forfeiture in the above-captioned case forfeiting Defendant Kenneth Edward Smith's interest in each of the properties listed below.  The property listed in paragraphs (a) through (d) below is subject to forfeiture pursuant to Title 18, United States Code, Section 2253, because it was used and intended to be used to commit or to promote the commission of the offense to which the defendant has pleaded guilty; Receipt and Distribution of Child Pornography, in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1), and Possession of Child Pornography, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).  The property listed in paragraph (e) below is subject to forfeiture because it constitutes the images themselves.

FINAL ORDER OF FORFEITURE
*U.S. v. Kenneth Edward Smith* (Case No. CR13-5644BHS) - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1 | Pursuant to Title 21, United States Code, Section 853(n), the United States first published notice of the Preliminary Order of Forfeiture on the official government website www.forfeiture.gov for thirty (30) consecutive days beginning on May 30, 2014, and ending on June 28, 2014, and of the intent of the United States to dispose of the property listed in paragraphs (a) through (d) of the Preliminary Order of Forfeiture in accordance with the law.  The notice further stated that any person, other than the defendant, having or claiming a legal interest in the above-described property was required to file a petition with the Court within sixty (60) days of the first date of publication of notice, setting forth the nature of the petitioner's right, title, and interest in the property.  The United States subsequently published notice of the Preliminary Order of Forfeiture on the official government website www.forfeiture.gov for thirty (30) consecutive days beginning on October 9, 2014, and ending on November 7, 2014, to reflect the correct serial numbers of the property.

On or about August 11, 2014, a copy of the Preliminary Order of Forfeiture in the above-captioned criminal case was sent to Chatchawal Chavengrat via certified mail, return receipt requested, Article Number 7013 1090 0001 3202 2522, through the U.S. Postal Service.  Chatchawal Chavengrat signed the return receipt on or about August 13, 2014.

All persons and entities believed to have an interest in the property subject to forfeiture were given proper notice of the intended forfeiture.

No petitioners or claimants have come forth to assert an interest in the forfeited property, and the time for doing so has expired.

IT IS ORDERED, ADJUDGED and DECREED that the following properties seized from Kenneth Edward Smith are hereby fully and finally condemned and forfeited to the United States in their entirety:

    (a)    One (1) 250GB Western Digital External Hard Drive, Serial No. WXEYOZX26750;

    (b)    One (1) Compaq Presario Tower Computer, Serial No. CNH65138PY;

*U.S. v. Kenneth Edward Smith* (Case No. CR13-5644BHS) - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

    (c)    One (1) Seagate 300GB Hard Drive;

    (d)    One (1) Seagate 120GB Hard Drive; and

    (e)    Any and all images of child pornography, in whatever form and however stored.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that no right, title, or interest to the above-described properties shall exist in any other party. The United States Marshals Service and/or its representatives are authorized to dispose of the above-described properties in accordance with law. The depictions and images listed in paragraph (e) above shall be destroyed or retained for official (investigative) use by the Attorney General pursuant to Title 21, United States Code, Sections 853(i) and 881(e).

DATED this 12th day of January, 2015.

 

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

 s/ Matthew H. Thomas
MATTHEW H. THOMAS
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA  98402
Telephone:  (253) 428-3800
Facsimile:  (253) 428-3826
E-mail: Matthew.H.Thomas@usdoj.gov

FINAL ORDER OF FORFEITURE
*U.S. v. Kenneth Edward Smith* (Case No. CR13-5644BHS) - 3